**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION**

| | |
|---|---|
| **CHRISTIAN EMPLOYERS ALLIANCE**, *Plaintiff,* v. **UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**; **CHARLOTTE A. BURROWS**, in her official capacity as Chair of the United States Equal Employment Opportunity Commission; **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**; **XAVIER BECERRA**, in his official capacity as Secretary of the United States Department of Health and Human Services; **OFFICE FOR CIVIL RIGHTS OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**; **LISA J. PINO**, in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services, *Defendants.* | **CIVIL CASE NO.** 1:21-CV-00195-DMT-CRH<br><br>**JUDGE DANIEL M. TRAYNOR**<br><br>**CERTIFICATE OF CORPORATE INTEREST DISCLOSURE REQUIRED BY FEDERAL RULES OF CIVIL PROCEDURE 7.1** |

I, the undersigned, counsel for Plaintiff Christian Employers Alliance, certify that to the best of my knowledge and belief, the following are all parent corporation and any publicly held corporation owning 10% of more of its stock:

There is no such corporation.

Respectfully submitted this 19th day of October, 2021.

By: */s/ Jacob E. Reed*

| | |
|---|---|
| Jacob E. Reed | Julie Marie Blake |
| OH Bar No. 99020 | MO Bar No. 69643 |
| **ALLIANCE DEFENDING FREEDOM** | **ALLIANCE DEFENDING FREEDOM** |
| 44180 Riverside Parkway | 440 First Street, NW, Ste. 600 |
| Lansdowne, VA 20176 | Washington, D.C. 20001 |
| Telephone: (571) 707-4655 | Telephone: (202) 393–8690 |
| Facsimile: (571) 707-4656 | Facsimile: (202) 347–3622 |
| jreed@ADFlegal.org | jblake@ADFlegal.org |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October 2021, I electronically filed the above paper with the Clerk of Court using the ECF system, and I hereby certify that the above paper will be served via certified mail with the Summons and Verified Complaint to the following:

**Nick Chase**
Acting United States Attorney – District of North Dakota
Quentin N. Burdick United States Courthouse
U.S. Attorney's Office
655 First Avenue North, Suite 250
Fargo, ND 58102-4932

**United States Equal Employment Opportunity Commission**
131 M Street, NE
Washington, DC 20507

**Charlotte A. Burrows**
Chair of the United States Equal Employment Opportunity Commission
131 M Street, NE
Washington, DC 20507

**United States Department of Health and Human Services**
200 Independence Avenue, S.W.
Washington, DC 20201

**Xavier Becerra**
Secretary of the United States Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

**Office for Civil Rights of the**
**United States Department of Health and Human Services**
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, DC 20201

**Lisa J. Pino**
Director of the Office for Civil Rights of the
United States Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, DC 20201

*/s/ Jacob E. Reed*
JACOB E. REED


*Attorney for Plaintiff*
