IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| **CHRISTIAN EMPLOYERS ALLIANCE,** *Plaintiff,* v. **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL.** *Defendants.* | **CIVIL CASE NO.** 1-21-CV-00195-DMT-CRH  **JUDGE DANIEL M. TRAYNOR** |

**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO EXCEED PAGE LIMITATIONS**

Plaintiff, by and through the undersigned counsel, and in accordance with Local Rule 7.1(C) respectfully requests that the Court allow the submission of a forty-seven (47) page Memorandum in Support of Motion for Preliminary Injunction (attachment 2 hereto), which exceeds the page limitations imposed by LR 7.1(B) by 27 pages.

Good cause exists to grant Plaintiff's motion because the case involves complex issues of law and fact. Plaintiff's Motion includes analysis of multiple Religious Freedom Restoration Act claims, multiple Free Exercise Clause claims, a Free Speech Claim, and an Administrative Procedure Act claim. The facts involve complex issues of federal administrative practice. Furthermore, this case has tremendous local, statewide, and national importance.

The length of Plaintiff's Memorandum in Support of Motion for Preliminary Injunction is appropriate and necessary in this case in order to fully address the multiple, significant, complex issues of law and fact in this case.

Respectfully submitted this 19th day of October, 2021.


By: */s/ Jacob E. Reed*

| | |
|---|---|
| JACOB E. REED<br>OH Bar No. 99020<br>**ALLIANCE DEFENDING FREEDOM**<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>Telephone: (571) 707-4655<br>Facsimile: (571) 707-4656<br>jreed@ADFlegal.org | JULIE MARIE BLAKE<br>MO Bar No. 69643<br>**ALLIANCE DEFENDING FREEDOM**<br>440 First Street, NW, Ste. 600<br>Washington, D.C. 20001<br>Telephone: (202) 393-8690<br>Facsimile: (2020) 347-3622<br>jblake@adflegal.org |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October 2021, I electronically filed the above paper with the Clerk of Court using the ECF system, and I hereby certify that the above paper will be served via certified mail with the Summons and Verified Complaint to the following:

**Nick Chase**
Acting United States Attorney – District of North Dakota
Quentin N. Burdick United States Courthouse
U.S. Attorney's Office
655 First Avenue North, Suite 250
Fargo, ND 58102-4932

**United States Equal Employment Opportunity Commission**
131 M Street, NE
Washington, DC 20507

**Charlotte A. Burrows**
Chair of the United States Equal Employment Opportunity Commission
131 M Street, NE
Washington, DC 20507

**United States Department of Health and Human Services**
200 Independence Avenue, S.W.
Washington, DC 20201

**Xavier Becerra**
Secretary of the United States Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

**Office for Civil Rights of the**
**United States Department of Health and Human Services**
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, DC 20201

**Lisa J. Pino**
Director of the Office for Civil Rights of the
United States Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, DC 20201

                                                */s/ Jacob E. Reed*
                                                JACOB E. REED

                                                *Attorney for Plaintiff*