IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Christian Employers Alliance, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21-cv-195-DMT-CRH |
| United States Equal Employment Opportunity Commission, *et al.*. | ) |
| *Defendants*. | ) |

**NOTICE OF APPEAL**

Defendants United States Equal Employment Opportunity Commission; Charlotte A. Burrows, in her official capacity as Chair of the United States Equal Employment Opportunity Commission; United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; Office for Civil Rights of the United States Department of Health and Human Services; and Melanie Fontes Rainer[1], in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services (collectively, "Defendants") hereby give notice that they appeal to the United States Court of Appeals for the Eighth Circuit from this Court's Order Granting Motion for Preliminary Injunction, ECF No. 39 (as amended by this

---

[1] The Complaint named as a Defendant Lisa J. Pino, in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services. Melanie Fontes Rainer became the Acting Director of the Office for Civil Rights of the United States Department of Health and Human Services in July 2022, and Ms. Fontes Rainer became the Director on September 14, 2022. Pursuant to Federal Rule of Civil Procedure 25(d), Ms. Fontes Rainer is substituted as a Defendant.

Court's Order Granting Motion to Amend/Correct, ECF No. 44), and this Court's Order Granting Motion to Amend/Correct, ECF No. 44.

| | |
|---|---|
| Dated:   September 23, 2022 | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>MICHELLE R. BENNETT<br>Assistant Branch Director<br><br>*/s/ Jeremy S.B. Newman*<br>Jeremy S.B. Newman<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel: (202) 532-3114<br>Email: jeremy.s.newman@usdoj.gov<br>*Counsel for Defendants* |