U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No.  1:21-cv-195           Christian Employers Alliance vs. Unitesd

Christian Employers Alliance vs. United States Equal Employment Opportunity Commission et al

Length of trial:

Financial Status:   Fee Paid?                                  ☐ Yes   ☑ No
                    If **NO**, has IFP been granted?           ☐ Yes   ☑ No
                    Is there a pending motion for IFP?         ☐ Yes   ☑ No

Are there any other pending post-judgment motions?             ☐ Yes   ☑ No

Please identify the court reporter:     ☐ No hearings held

   Name:  Ronda Colby

   Address:  PO Box 1193, Bismarck, ND 58502

   Telephone Number:  701-530-2300

Criminal cases only:
   Is the defendant incarcerated?   ☐ Yes (include address below)         No ☐

   Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**

Filing Fee Waived