# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| Christian Employers Alliance, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21-cv-195-DMT-CRH |
| United States Equal Employment Opportunity Commission, *et al.*, | ) |
| *Defendants*. | ) |

## MOTION TO STAY DISTRICT COURT PROCEEDINGS

Defendants hereby file this Motion to Stay District Court Proceedings. For the reasons stated in the accompanying memorandum, Defendants respectfully request that the Court stay further proceedings in this case pending the issuance of the mandate by the Eighth Circuit in *Religious Sisters of Mercy v. Azar*, No. 21-1890 (8th Cir.). For avoidance of doubt, the stay requested in this Motion would leave the Preliminary Injunction in place pending appeal and would not prevent Plaintiff from seeking relief in the District Court to enforce the Preliminary Injunction, if necessary. Plaintiff's counsel has stated that Plaintiff opposes this Motion.

Dated: December 30, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Jeremy S.B. Newman*
Jeremy S.B. Newman
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov
*Counsel for Defendants*