# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-3018

_____

Christian Employers Alliance

Plaintiff - Appellee

v.

United States Equal Employment Opportunity Commission; Charlotte Burrows, in her official capacity as Chair of the United States Equal Employment Opportunity Commission; Office for Civil Rights of the United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; United States Department of Health and Human Services; Melanie Fontes Ranier, in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services

Defendants - Appellants

_____

Appeal from U.S. District Court for the District of North Dakota - Western
(1:21-cv-00195-DMT)

_____

**JUDGMENT**

Appellants' motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

July 05, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans