# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3018

Christian Employers Alliance

Appellee

v.

United States Equal Employment Opportunity Commission, et al.

Appellants

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:21-cv-00195-DMT)

---

**MANDATE**

In accordance with the judgment of July 5, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 05, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit