# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| Christian Employers Alliance, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21-cv-195-MDT-CRH |
| United States Equal Employment Opportunity Commission, *et al.*, | ) |
| *Defendants*. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's order of August 1, 2023 (ECF No. 65), the parties submit this joint status report regarding the progress of the parties' settlement negotiations.

Plaintiff's counsel and Defendants' counsel engaged in a telephone conversation concerning settlement negotiations on August 3, 2023. Plaintiff's counsel communicated a written settlement proposal to Defendants' counsel on August 4, 2023. Defendants are currently considering this proposal. The parties propose that the Court direct the parties to file another joint status report outlining the progress of their settlement negotiations within (30) days.

Dated: August 31, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ Jeremy S.B. Newman
Jeremy S.B. Newman
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

*Counsel for Defendants*

/s/ Matthew S. Bowman
Matthew S. Bowman
DC Bar No. 993261
Alliance Defending Freedom
440 First Street, NW, Ste. 600
Washington, DC 20001
Tel: (202) 393-8690
Fax: (202) 347-3622
mbowman@ADFlegal.org

Julie Marie Blake
MO Bar No. 69643
Jacob E. Reed
OH Bar No. 99020
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Tel: (571) 707-4655
Fax: (571) 707-4656
jblake@ADFlegal.org
jreed@ADFlegal.org

*Counsel for Plaintiff*