IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Christian Employers Alliance,<br><br>         Plaintiff,<br><br>vs.<br><br>United States Equal Employment Opportunity Commissions et al.,<br><br>         Defendants, | Case No. 1:21-cv-00195 |

### ORDER ADOPTING STIPULATION FOR DISMISSAL

[¶ 1] THIS MATTER comes before the Court on a Stipulation of Dismissal filed on September 24, 2024. Doc. No. 92. The Parties stipulate Counts II, IV, V, and VI of the First Amended Verified Complaint for Declaratory and Injunctive Relief (Doc. No. 68) be dismissed without prejudice. They also notify the Court they have resolved the issue of Plaintiff's attorneys' fees and expenses.

[¶ 2] Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that Counts II, IV, V, and VI of the First Amended Verified Complaint for Declaratory and Injunctive Relief (Doc. No. 68) are **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to enter judgment in favor of Christian Employers Alliance on Counts I and III as set forth in the Order Granting Motion for Partial Summary Judgment filed on March 4, 2024, found at Docket Entry 82. The terms of the Permanent Injunction shall remain in effect. Doc. No. 82.

[¶ 3] **IT IS SO ORDERED**.

  DATED September 25, 2024.

                           Daniel M. Traynor, District Judge
                           United States District Court