Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Christian Employers Alliance,

      Plaintiff,

v.

United States Equal Employment Opportunity Commission, Charlotte A. Burrows, in her official capacity as Chair of the United States Equal Employment Opportunity Commission, United States Department of Health and Human Services, Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services, Office for Civil Rights of the United States Department of Health and Human Services, and Melanie Fontes Rainer, in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   1:21-cv-195

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☑ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated September 25, 2024, the Court ADOPTS the Stipulation in its entirety. It is therefore ORDERED that Counts II, IV, V, and VI of the First Amended Verified Complaint for Declaratory and Injunctive Relief (Doc. No. 68) are DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Judgment is entered in favor of Christian Employers Alliance on Counts I and III as set forth in the Order Granting Motion for Partial Summary Judgment filed on March 4, 2024, found at Docket Entry 82. The terms of the Permanent Injunction shall remain in effect. Doc. No. 82.

Date: September 25, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Janelle Brunner, Deputy Clerk*